**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SACHA DOWNES,                              : | |
|           Plaintiff,                     : | |
|                                          : | |
|    v.                                          : | Civ. No. 25-1934 |
|                                          : | |
| THE TRUSTEES OF THE UNIVERSITY    : | |
| OF PENNSYLVANIA,                        : | |
|           Defendant.                  : | |

## O R D E R

Defendant Trustees filed a Motion to Dismiss on June 3, 2025. (Doc. No. 10.) On June 17, 2025—the day her response was due, and without consent from the Trustees—plaintiff Sacha Downes asked for a 21-day extension of time to respond. (Doc. No. 12.) I granted her a ten-day extension. (Doc. No. 13.) On June 25, 2025, Downes instead filed a Motion for Leave to File an Amended Complaint. (Doc. No. 14.)

**AND NOW**, this 1st day of July, 2025, it is hereby **ORDERED** that Defendant **SHALL** respond to Plaintiff's Motion to Leave to File an Amended Complaint by **NO LATER THAN July 9, 2025**, or else file a certification that it does not oppose the Motion. (Doc. No. 14.)

                                                          **AND IT IS SO ORDERED.**

                                                          */s/ Paul S. Diamond*
                                                          _____
                                                          Paul S. Diamond, J.